IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALACHI FLOYD,** | CIV S-08-0094 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **G.J. GIURBINO, Warden,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's request for an enlargement of time (docket no. 10) is granted and the response to Petitioner's Petition for Writ of Habeas Corpus is due on or before July 30, 2008.

Dated:  June 26, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1